# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**FERDELL RAYMON BAKER,**
**#710668**

    *Plaintiff,*

v.                                    Case No.: 1:25cv207-MW/ZCB

**NORTH FLORIDA EVALUATION**
**TREATMENT CENTER ACTING**
**DIRECTOR, et al.,**

    *Defendants.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under this Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." Plaintiff's motion for leave to proceed *in forma*

*pauperis*, ECF No. 6, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on September 10, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**
